I CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/8/2015

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY        D V        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRAVION TERRETT FORD,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>SOTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-05115-GW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the (Final) Report and Recommendation of the United States Magistrate Judge (Docket No. 29). Further, the Court has engaged in a de novo review of those portions of the (Issued) Report and Recommendation (Docket No. 25) to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered denying the
2  petition and dismissing this action with prejudice.

4  Dated: January 8, 2015

_____
GEORGE H. WU
United States District Judge