JS-6/ENTER

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/8/2015

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY    DV    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVION TERRETT FORD,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>SOTO, Warden,<br><br>　　　　Respondent. | Case No. CV 13-05115-GW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: January 8, 2015

_____
GEORGE H. WU
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY    DV    DEPUTY